# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMARCUS HILL, | Case No. CV 11-1542 JST(JC) |
| Petitioner, | ~~(PROPOSED)~~ |
| v. | JUDGMENT |
| WARDEN, | |
| Respondent. | |

Pursuant to the Court's Order (1) Denying Request for Extension of Time; and (2) Dismissing Case without Prejudice, IT IS HEREBY ADJUDGED THAT petitioner's request is denied and this case is dismissed without prejudice.

DATED: MAR 17 2011

_____
HONORABLE JOSEPHINE S. TUCKER
UNITED STATES DISTRICT JUDGE